GROSSMAN, MIDTOWN TELEPHONE ANSWERING SERVICE, INC., APPELLANT, *v.* PUBLIC UTILITIES COMMISSION OF OHIO, APPELLEE.

[Cite as Grossman v. Pub. Util. Comm., 5 Ohio St. 2d 189.]

(No. 39436—Decided March 2, 1966.)

190

*Mr. William B. Webber* and *Messrs. Roemisch & Wright,* for appellant.

*Mr. William B. Saxbe,* attorney general, *Mr. Theodore K. High* and *Mr. Clark G. Redick,* for appellee.

*Per Curiam.* This case presents a question of fact. The burden of proof rests upon the complainant. He has failed to produce evidence to establish his claim. The order of the Public Utilities Commission is affirmed.

*Order affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.